IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES AL-PINE,

    Plaintiff,

vs.

SCOTT HARRIS,

    Defendant.

No. C 18-4057 WHA (PR)

**ORDER OF DISMISSAL**

Plaintiff is an inmate in Texas proceeding pro se. He seeks to vacate an order entered against him in a different district under 28 U.S.C. 1915(g) (providing for denial of IFP where a prisoner has, on three or more occasions, filed complaints or appeals that were frivolous, malicious, or failed to state a claim upon which relief may be granted). Such an order may not be vacated by a district court. Any challenge to that order must be brought in the United States Court of Appeals. Plaintiff also complains that the United States Supreme Court has not responded to his request for "extraordinary writ." This court has no authority to order the United States Supreme Court to act. Accordingly, this case is **DISMISSED**.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July   20  , 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE